IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ASBURY UNITED METHODIST CHURCH,

      Plaintiff,

      JUDGMENT IN A CIVIL CASE

 v.

      Case No. 09-cv-617-wmc

CITY OF LA CROSSE, MARK SCHLAFER,
STEPHEN MATTY, ANDREA RICHMOND,
AL WAGNER, KRIS OLSON, JAI JOHNSON,
ERIC SCHMIDT, JOHN SATORY, MIKE
LARSEN, ROBERT SEAQUIST, DOUGLAS
FARMER, AUDREY KADER, TOM SWEENEY,
MARILYN WIGDAHL and RICHARD SWANTZ,

      Defendants.

---

 This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion for summary judgment and dismissing this case with prejudice.

_____
Peter Oppeneer, Clerk of Court

_____
Date: 8/24/10